Dana A. Friend et al., Appellants, et al., Plaintiffs, v. Brooklyn Trust Company, Respondent.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of F. Elden Coons, an Attorney, Respondent. Orange County Bar Association, Petitioner.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of Louis W. Kaplan, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of Peter S. Spitz, an Attorney, Respondent.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of the Estate of Mary Vogel, Deceased. Sarah I. Mear et al., Appellants; Frank Vogel, Administrator of the Estate of Mary Vogel, Deceased, Respondent.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

Metropolitan Museum of Art, Appellant, v. Arthur W. Clement, Respondent, et al., Defendants.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

New York Institute for the Education of the Blind, Appellant and Respondent, v. Colonial Sand & Stone Co., Inc., et al., Respondents, and Alexander Meyer, Respondent and Appellant.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

Harry Shaffer et al., Copartners Doing Business as Shaffer & Levin, et al., Appellants, v. Richard Gardens, Inc., et al., Respondents.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

Irving N. Sidman, Appellant, v. Manie Sidman et al., Respondents.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.